PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAVIER HERNANDEZ,<br><br>  Defendant. | CASE NO. 2:21-CR-0007-MCE<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

FILED
Mar 04, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

The government's motion to unseal portions of the indictment and keep any reference to the other defendants sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated:  March 4, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE