PHILLIP A. TALBERT
United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00007-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER |
| v. | |
| JAVIER HERNANDEZ, | DATE: November 12, 2024<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Javier Hernandez, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on November 12, 2024.

2. By this stipulation, the parties now move to continue the admit/deny hearing until December 17, 2024.

3. Counsel for defendant is unavailable on November 12, 2024, and requests a different date.

4. The government does not oppose the requested continuance.

IT IS SO STIPULATED.

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING

1

Dated:  November 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *NICOLE VANEK*
NICOLE VANEK
Assistant United States Attorney

Dated:  November 6, 2024

/s/ *SHELBY ALBERTS*
SHELBY ALBERTS
Counsel for Defendant
JAVIER HERNANDEZ

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing scheduled for November 12, 2024. Is vacated and continued to December 17, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **November 6, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING

2