PHILLIP A. TALBERT
United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER HERNANDEZ,<br><br>Defendant. | CASE NO. 2:21-CR-00007-DAD-13<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER<br><br>DATE: December 17, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Javier Hernandez, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on December 17, 2024.

2. By this stipulation, the parties now move to continue the admit/deny hearing until January 6, 2025.

3. Counsel for defendant is unavailable on December 17, 2024, and requests a different date.

4. The government does not oppose the requested continuance.

IT IS SO STIPULATED.

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING                                              1

Dated: December 11, 2024	PHILLIP A. TALBERT
	United States Attorney

	/s/ *NICOLE VANEK*
	NICOLE VANEK
	Assistant United States Attorney


Dated: December 11, 2024	/s/ *SHELBY ALBERTS*
	SHELBY ALBERTS
	Counsel for Defendant
	JAVIER HERNANDEZ

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing scheduled for December 17, 2024, is vacated and that hearing is continued to January 6, 2025. At 9:30 a.m.

IT IS SO ORDERED.

Dated:  **December 12, 2024**

　　　　　　　　　　　　　　　　　　　　　
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING

3