MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER HERNANDEZ,<br><br>Defendant. | CASE NO. 2:21-CR-00007-DAD-13<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER<br><br>DATE: February 24, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Javier Hernandez, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a contested hearing on February 24, 2025.

2. By this stipulation, the parties now move to continue the contested hearing until March 24, 2025.

3. Counsel for defendant has requested more time to review discovery, and requests a different date.

4. The government does not oppose the requested continuance.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 19, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ *NICOLE VANEK*<br>NICOLE VANEK<br>Assistant United States Attorney |
| Dated: February 19, 2025 | /s/ *SHELBY ALBERTS*<br>SHELBY ALBERTS<br>Counsel for Defendant<br>JAVIER HERNANDEZ |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the contested hearing on the supervised release violation petition filed in this case is continued from February 24, 2025 to March 24, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **February 19, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE