**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**JAVIER HERNANDEZ**

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                   v.<br><br>JAVIER HERNANDEZ,<br><br>                              Defendant. | CASE NO.  2:21-CR-00007-DAD<br><br>STIPULATION AND ORDER TO CONTINUE CONTESTED HEARING<br><br>DATE: March 24, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant, Javier Hernandez, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a contested hearing on March 24, 2025. Ms. Alberts has been assigned to Department 18 of the Sacramento County Superior Court for a preliminary hearing in a criminal case, People v. Deandre Davis, #19FE010790. There are four defendants charged in this case, each of them are facing murder and attempted murder charges. The defendants have not entered time waivers in this case. The preliminary hearing is scheduled to be in session in Department 18 before the Honorable Carlton Davis on March 24, 2025, so the Defense is requesting a continuance of the contested hearing due to its unavailability. The United States does not object to this requested continuance.

2. By this stipulation, the parties now move to continue the contested hearing until April 7,

2025, at 9:30am.

3. The parties understand that this date is available to the Court for a contested hearing.

4. It is therefore requested that the contested hearing date currently scheduled for March 24, 2025 be continued to April 7, 2025 at 9:30am before this Court.

IT IS SO STIPULATED.

Dated: March 17, 2025

MICHELLE BECKWITH
United States Attorney

/s/ *NICOLE VANEK*

NICOLE VANEK
Assistant United States Attorney

Dated: March 17, 2025

/s/ *SHELBY NICOLE ALBERTS*
SHELBY NICOLE ALBERTS
Counsel for Defendant
Javier Hernandez

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the contested hearing on the supervised release violation petition scheduled for March 24, 2025 is continued to April 7, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **March 19, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CONTINUING CONTESTED HEARING

2