MICHELE BECKWITH
Acting United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00007-DAD-13 |
|---|---|
| Plaintiff, | JOINT REQUEST TO VACATE CONTESTED REVOCATION HEARING |
| v. | |
| JAVIER HERNANDEZ, | DATE: April 7, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Javier Hernandez, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a contested revocation hearing on April 7, 2025. ECF No. 657.

2. The parties have since conferred and agree that a contested revocation hearing is not necessary, as the defendant is prepared to waive the contested revocation hearing pursuant to Rule 32.1(b)(2).

3. The parties request that the Court vacate the contested revocation hearing on April 7, 2025, and convert it to a status conference. At the conference, in lieu of the defendant's admission on the record, the defendant will waive the revocation hearing pursuant to Rule 32.1(b)(2), and the parties will ask the Court to make the findings required by 18 U.S.C. section 3583(e)(3), based on the factual

recitation in the supervised release violation petition, ECF No. 557, and the Government's revocation brief, ECF No. 663.

IT IS SO STIPULATED.

Dated: April 4, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney

                                    By: /s/ NICOLE M. VANEK
                                        NICOLE M. VANEK
                                        Assistant United States Attorney

Dated: April 4, 2025                    /s/ *SHELBY NICOLE ALBERTS*
                                        SHELBY NICOLE ALBERTS
                                        Counsel for Defendant
                                        JAVIER HERNANDEZ

**ORDER**

IT IS SO ORDERED.

Dated:  **April 7, 2025**              _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

JOINT REQUEST TO VACATE CONTESTED REVOCATION HEARING                    2